UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,
    Plaintiff,

v.

RAED MUSTAFA,
    Defendant.

Case No. 20-cv-02071-PJH

**ORDER TO SHOW CAUSE**

On July 10, 2020, plaintiff in the above-entitled matter filed a motion for entry of default, Dkt. 15, which the Clerk of Court entered on July 13, 2020, Dkt. 16. No further activity has occurred in this case since July 13, 2020.

The court hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff is ordered to file a written response to this order by Wednesday January 13, 2021. If plaintiff fails to respond, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 30, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge