UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br>　　　　Plaintiff,<br>　　v.<br>RAED MUSTAFA,<br>　　　　Defendant. | Case No. 20-cv-02071-PJH<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND REFERRING MOTION TO MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 17, 19 |

　　Plaintiff in the above-entitled action having moved for default judgment, Dkt. 19, the court hereby discharges the order to show cause, Dkt. 17. Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment, Dkt. 19. Any date for hearing on this motion previously noticed on the undersigned's calendar is VACATED.

　　The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

　　**IT IS SO ORDERED.**

Dated: January 15, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge