UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br>        Plaintiff,<br>    v.<br>RAED MUSTAFA, et al.,<br>        Defendants. | Case No. 20-cv-02071-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 31 |

The court has reviewed Magistrate Judge Alex G. Tse's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. Plaintiffs timely served the report and recommendation on defendant (Dkt. 32), and defendant failed to file any objection to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: July 9, 2021

                                                */s/ Phyllis J. Hamilton*
                                                PHYLLIS J. HAMILTON
                                                United States District Judge