UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

    Plaintiff,

v.

RAED MUSTAFA, et al.,

    Defendants.

Case No. 20-cv-02071-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted plaintiff's motion for default judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of plaintiff and against defendant.

The court ORDERS judgment for plaintiffs in the amount of $6,535.75 (consisting of $4,000 in statutory damages, $1,700.75 in attorneys' fees, and $835 in costs). The court ORDERS that defendants satisfy payment of this judgment within 90 days unless the parties stipulate to another deadline. Further, the court ORDERS defendant to provide a wheelchair-accessible sales counter in compliance with the Americans with Disabilities Act Accessibility Guidelines at the store in question, New York Mens, 925 Blossom Hill Road, San Jose, CA, within 180 days.

**IT IS SO ORDERED.**

Dated: July 9, 2021

                                            */s/ Phyllis J. Hamilton*
                                            PHYLLIS J. HAMILTON
                                            United States District Judge